# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHRIS CHESLEY, ALLEN AREL, DAVID HUTCHINSON, DAVID MOOSMAN, JOHN PATTERSON, and CHRISTOPHER THOMAS,<br><br>              Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., DIRECTV, LLC, and MULTIBAND CORP.,<br><br>              Defendants. | Case No. 1:14-cv-00468-PB<br>District Judge Paul J. Barbadoro<br>Magistrate Judge Andrea K. Johnstone<br><br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL |

Now on this ____ day of _____, 2018, being fulling advised in the premises and for good cause shown, Plaintiffs' Unopposed Motion for Settlement Approval is hereby **SUSTAINED**. The parties are ordered to carry-out the terms of the settlement forthwith and this action is **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

_____                                         _____
Date                                                              Hon. Paul J. Barbadoro
                                                                    United States District Judge